UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO: 8:09-cr-417-T-30MAP

CORNELIUS WHITFIELD
_____/

## MOTION FOR PROTECTION OF DATES

**COMES NOW** the Defendant, CORNELIUS WHITFIELD, by and through the undersigned counsel, and respectfully requests this Honorable Court to protect and to set no court dates in this cause relating to the Defendant from Monday, November 23, 2009, through Wednesday, December 2, 2009, as grounds therefore would state:

1. The Defendant's undersigned counsel will be out of town from Monday, November 23, 2009, through Wednesday, December 2, 2009;

2. The Defendant's undersigned counsel will be available for any required court appearances in the cause after this period.

**WHEREFORE**, based upon the above and foregoing reasons, the undersigned attorney respectfully requests protection for the dates from Monday, November 23, 2009, through Wednesday, December 2, 2009.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing has been furnished by Electronic Filing to Sheryl L. Loesch, Clerk of the Court, U.S. District Court, Middle District of Florida, located at U.S. Courthouse, 801 N. Florida Ave., #223, Tampa, FL 33602-3800, and that e-mail notification of this filing will be sent to all interested persons on this 8th day of October, 2009.

                                                                    _/s/ Jeffrey G. Brown_
                                                                  JEFFREY G. BROWN, ESQUIRE
                                                                  Brown & Doherty, P.A.
                                                                  450 Carillon Parkway, Suite 120
                                                                  St. Petersburg, FL  33716
                                                                  (727) 299-0099, Fax (727) 299-0044
                                                                  FBN 832431
                                                                  jeff@brownanddoherty.com