UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA :
:
v. : CASE NO. 8:09-CR-417-T-30MAP
:
CORNELIUS WHITFIELD :
:

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, Section 3553(e), the United States moves this Court to grant a reduction in the defendant's advisory guidelines offense level, and in support thereof states as follows:

The United States respectfully requests permission to provide the Court with the information it believes necessary to support this motion at the time of the defendant's sentencing hearing.

**MEMORANDUM OF LAW**

USSG §5K1.1. provides that the Court may depart from the guidelines upon a motion of the Government stating that the defendant has provided substantial assistance in the investigation or prosecution of another person who has committed an offense. 18 U.S.C § 3553 (e) provides that, upon a motion of the Government, the Court shall have the authority to impose a sentence below a level established by statute as minimum sentence so as to reflect a defendant's substantial assistance.

The United States respectfully requests that the Court grant a **2-level** reduction in the defendant's advisory guideline.

WHEREFORE, the United States respectfully requests that the Court grant this motion for a downward departure of the defendant's advisory guideline level as stated.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By: s/ *Matthew H. Perry*
MATTHEW H. PERRY
Assistant United States Attorney
Florida Bar No.: 0634018
United States Attorney's Office
Suite 3200, 400 North Tampa Street
Tampa, Florida 33602
Phone: (813) 274-6362
Fax: (813) 274-6220
E-mail: matthew.perry@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jeff Brown, Esq.
Counsel for Cornelius Whitfield

*s/Matthew H. Perry*
MATTHEW H. PERRY
Assistant United States Attorney