# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Case No.: 8:09-cr-417-T-30MAP    Date: March 24, 2010

U.S.A. vs. Cornelius Whitfield

Honorable James S. Moody, Jr.    Interpreter: N/A
Language:

Court Reporter: Sherrill Jackson    Courtroom Deputy: Sara Boswell

Time: 9:20 a.m. - 9:55 a.m.  Total: 35 minutes    Probation Officer: Stephen Edwards

Attorney(s) for Government:    Attorney(s) for Defendant:

Matthew Perry    Jeffrey Brown

## CRIMINAL MINUTES - SENTENCING REFORM ACT SENTENCING

- _X_ Plea agreement is ratified and accepted.
- ___ Defendant's witnesses in mitigation of sentence: _____
- _X_ Defendant is adjudged guilty on counts ONE and TWO of the Indictment
- ___ Court finds ( )grounds ( )no grounds for guideline departure.
- ___ Sentence imposed is adjusted ( )up ( )down from guidelines.
- ___ Court finds that departure will not undermine the purposes of the statute.
- _X_ Imprisonment: 125 months (total). This term consists of 41 months as to Count One of the Indictment and a consecutive term of 84 months as to Count Two of the Indictment. Defendant shall receive credit for time served since his arrest on 4/8/09.
- _X_ The Court recommends confinement at: FCI Coleman. The defendant shall also participate in the 500 hour intensive drug treatment program while incarcerated.
- ___ Probation: _____
- _X_ Supervised Release: 8 years (total). This term consists of 8 years as to Count One of the Indictment and 5 years as to Count Two of the Indictment, all such terms to run concurrently.
- _X_ Fine: Waived
- ___ Restitution: _____ To be paid: _____
- _X_ Special Assessment: $200.00    To be paid (X) immediately (X) _____

| | |
|---|---|
| __X__ | Special Conditions of ( )probation  (X)supervised release are: |

(X) Defendant shall participate in a substance abuse treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.  Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services.  Upon completion of a drug or alcohol dependency treatment program the defendant is directed to submit to testing to random drug testing.

(X) Defendant shall participate as directed in a program of mental health treatment (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.  Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

(X)  The defendant  shall cooperate in the collection of DNA as directed by the probation officer.

(X)  The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act.  The Court orders random drug testing not to exceed 104 tests per year.

| | |
|---|---|
| __X__ | Defendant is remanded to custody of U.S. Marshal. |
| ___ | Defendant to surrender to ( )designated institution  ( )U.S. Marshal ( )at_____  ( )on_____  ( )before_____ ( )as notified by U.S. Marshal  ( )as notified by probation officer. |
| __X__ | Counts __Three, Four, Six and Seven__ of the indictment dismissed on motion by Govt. |
| __X__ | Defendant advised of right to appeal and to counsel on appeal. |
| ___ | Bond ( )continued  ( )modified_____ |
| __X__ | Notice Concerning Appeals From Criminal Conviction furnished to: (X )counsel for Defendant  ( )Defendant |
| __X__ | Declaration of Intent to Appeal provided to the defendant in court. |

Other:   __The Court grants as to TWO (2) LEVELS [Dkt. 58] Government's 5K1.1 motion for downward departure.__

## GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING:

Total Offense Level:___25___

Criminal History Category:___VI___

Imprisonment Range: _120_ to _137_ months (Ct. 1), _84_ months consecutive (Ct. 2)

Supervised Release Range: _8_ years (Ct. 1) and _3_ to _5_ years (Ct. 2)

Fine Range:$ _12,500_ to $ _4,000,000_