# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

Cornelius Whitfield
*Defendant*

Case No. 8:09-cr-417-T-30MAP

RECEIVED U.S. MARSHAL 17 DEC 15 PM 3:34 MIDDLE DIST OF FL TAMPA

2018 JAN 24 PM 3:18 FILED CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Cornelius Whitfield
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: DEC 15 2017

*Issuing officer's signature*

City and state: TAMPA, FLORIDA

ELIZABETH M. WARREN, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 12/15/17, and the person was arrested on *(date)* 1-24-18
at *(city and state)* ORLANDO, FL

Date: 1-24-18

*Arresting officer's signature*

Scott Caparoly    DUSM
*Printed name and title*