# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Case No.: 8:09-cr-417-T-30MAP                    Date: November 15, 2018

U.S.A. vs. CORNELIUS WHITFIELD

Honorable  James S. Moody, Jr.                   Interpreter:  N/A

Court Reporter:  Scott Gamertsfelder             Courtroom Deputy:  Ariana Diaz

Time: 9:27 a.m. - 9:42 a.m.  Total: 15 minutes   Probation Officer:  Matthew Zorn

Attorney(s) for Government:                      Attorney(s) for Defendant:

Matthew Perry, AUSA                              Sara Mieczkowski, AFPD

**CRIMINAL MINUTES - FINAL REVOCATION HEARING on SUPERVISED RELEASE**

✓   Defendant sworn.

✓   Defendant admits to violation(s) ONE through NINE as alleged in the petition(s) for revocation.

**Applicable guidelines:**

 B    is the Highest Grade violation, and
 VI   is the original Criminal History Category
 21 to 27 months imprisonment, and
 5  years is the Maximum Statutory penalty, and
 Life  is the Maximum Statutory term of Supervised Release

✓   The Court finds that the Defendant violated the conditions of release.

✓   The Court revokes the Defendant's term of supervised release.

✓   The defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of TWENTY-ONE (21) MONTHS.

   The term(s) of imprisonment imposed by this judgment shall run consecutively with the defendant's term(s) of imprisonment already imposed or as yet to be imposed in Docket Number 17-14497-CF-1, Pinellas County Circuit Court.

✓   Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

✓   Defendant is remanded to custody of U.S. Marshal.

X   Defendant advised of right to appeal and to counsel on appeal.