# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs

**CORNELIUS WHITFIELD**

Case Number. 8:09-cr-417-T-30MAP

USM Number: 51280-018

Sara Lenore Mieczkowski, FPD

## JUDGMENT IN A CRIMINAL CASE
## For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, Four, Five, Six, Seven, Eight, and Nine of the term of Supervised Release. Accordingly, the court has adjudicated that the defendant is guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, Trafficking in Hydromorphone, while on supervision in violation of the conditions of supervision: (Grade B Violation) | November 29, 2017 |
| Two | New criminal conduct, Flee or Elude (High Speed/Wanton Disregard), while on supervision in violation of the conditions of supervision (Grade B Violation) | November 29, 2017 |
| Three | New criminal conduct, Possession of Marijuana with intent to sell/manufacture/deliver, while on supervision in violation of the conditions of supervision (Grade B Violation) | November 29, 2017 |
| Four | New criminal conduct, Possession of Controlled Substance MDMA, while on supervision in violation of the conditions of supervision (Grade B Violation) | November 29, 2017 |
| Five | New criminal conduct, Resisting Officer Without Violence (obstruction), while on supervision in violation of the conditions of supervision (Grade C Violation) | November 29, 2017 |
| Six | Positive urinalysis for Amphetamines in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation) | November 13, 2017 |
| Seven | Positive urinalysis for Marijuana in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation) | November 13, 2017 |
| Eight | Failure to Report in violation of Condition Two of the Standard Conditions of Supervision: (Grade C Violation) | November 21, 2017 |
| Nine | Failure to participate in Drug Aftercare Treatment in violation of the special conditions of Supervision (Grade C Violation) | November 27, 2017 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are

Cornelius Whitfield
8:09-cr-417-T-30MAP

fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

November 15, 2018

_____
JAMES S. MOODY, JR.
SENIOR UNITED STATES DISTRICT JUDGE

November 15, 2018

**Cornelius Whitfield**
**8:09-cr-417-T-30MAP**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWENTY-ONE (21) MONTHS.

The term(s) of imprisonment imposed by this judgment shall run consecutively with the defendant's term(s) of imprisonment already imposed or yet to be imposed in Docket Number 17-14497-CF-1, Pinellas County Circuit Court.

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
      Deputy U.S. Marshal

Cornelius Whitfield
8:09-cr-417-T-30MAP

## SUPERVISED RELEASE

Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.