UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:09-cr-417-T-30MAP

CORNELIUS T. WHITFIELD

## MOTION TO WITHDRAW AS COUNSEL

The United States of America requests the Clerk of Court to withdraw the name of Assistant United States Attorney Yvette Rhodes in this case. AUSA Rhodes was assigned to this case as co-counsel to address the defendant's eligibility for a sentence reduction pursuant to Amendment 782 of the sentencing guidelines. AUSA Rhodes is no longer assigned as co-counsel for the United States. The government is represented in this matter by AUSA Matthew Hart Perry.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

By:   *s/ Yvette Rhodes*
        YVETTE RHODES
        Assistant United States Attorney
        Appellate Division
        Florida Bar No. 508527
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6102
        E-Mail: yvette.rhodes@usdoj.gov

# CERTIFICATE OF SERVICE

    I hereby certify that on September 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                      *s/ Yvette Rhodes*
                                      YVETTE RHODES
                                      Assistant United States Attorney